

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00358-CR

## IN RE LAAN LORAN

### Original Proceeding

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-F202100397

## MEMORANDUM OPINION

Relator's "Application for Writ of Mandamus" was filed on December 29, 2021. In the application, relator requests this Court to compel the trial court to rule on relator's Application for Writ of Habeas Corpus, allegedly filed on October 26, 2021.

A notice of appeal has now been received and filed from Relator's judgment of conviction and sentence. Relator's pretrial application for writ of habeas corpus is therefore moot, and the Application for Writ of Mandamus, filed on December 29, 2021, is dismissed as moot. Relator's "Motion for Leave to File Writ of Mandamus" is also dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition dismissed
Motion dismissed
Opinion delivered and filed June 1, 2022
Do not publish
[OT06]

